FILED

IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

02 DEC 30 PM 3:04

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. CV 02-PT-2398-E |
| ) | |
| NORTHEAST ALABAMA ) | |
| REGIONAL MEDICAL CENTER) | |
| ) | |
| Defendant ) | |

ENTERED

DEC 30 2002

DISMISSAL ORDER

In accordance with the Stipulation of Dismissal filed by the plaintiff Equal Employment Opportunity Commission on December 20, 2002, this action is **DISMISSED, WITHOUT PREJUDICE**, with each party to bear their own costs.

**DONE** and **ORDERED** this 30 day of December, 2002.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE